A. L. STAMM & Co., Appellant, v. NICHOLAS CARICATO, Respondent.—

Concur — Capozzoli, J. P., Nunez, Steuer and Macken, JJ.

TIP TREE CORPORATION, Appellant, v. CHATHAM ASSOCIATES, INC., et al., Respondents, et al., Defendant.—

Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.

PEILIN KUO, Respondent, v. DONALD JAMES et al., Defendants, and BERGDORF & GOODMAN COMPANY, Appellant.—

Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.

JULIUS TANTLEFF, Respondent, v. HENRIETTA TANTLEFF, Appellant.—

Concur — Eager, J. P., Capozzoli, Markewich and Tilzer, JJ.